

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **MO-14-CR-93** |
| **ERIC WARNER CAWTHON,**<br>**Defendant.** | § § § | |

## COURT'S INSTRUCTIONS TO THE JURY

### INTRODUCTION

MEMBERS OF THE JURY:

In any jury trial there are, in effect, two judges. I am one of the judges; you, the jury, are the other judge. It is my duty to preside over the trial and to decide what evidence is proper for your consideration. I have completed that responsibility. It is also my duty now, at the end of the trial, to explain to you the rules of law that you must follow and apply in arriving at your verdict. As I have said, you are the other judge – the judge of the facts. It will be your duty to find from the evidence what the facts are.

### GENERAL AND SPECIFIC INSTRUCTIONS

In performing my second duty to explain the rules of law, I will first give you some general instructions which apply in every case, such as instructions about burden of proof and how to judge the believability of witnesses. Then I will give you some specific rules of law about this particular case, and finally I will explain to you the procedures you should follow in your deliberations.

## DUTY TO FOLLOW INSTRUCTIONS

As I mentioned before, you, as jurors, are the judge of the facts. But in determining what actually happened – that is, in reaching your decision as to the facts – it is your sworn duty to follow all of the rules of law as I explain them to you.

You have no right to disregard or give special attention to any one instruction, or to question the wisdom or correctness of any rule I may state to you. You must not substitute or follow your own notion or opinion as to what the law is or ought to be. It is your duty to apply the law as I explain it to you, regardless of the consequences.

It is also your duty to base your verdict solely upon the evidence, without prejudice or sympathy. You are to decide this case only on the evidence which has been admitted into court during trial. That was the promise you made and the oath you took before being accepted by the parties as jurors, and they have the right to expect nothing less.

## PRESUMPTION OF INNOCENCE

The defendant has been charged by the government with a violation of federal law. The indictment or formal charge against the defendant is not evidence of guilt. Indeed, the defendant is presumed by the law to be innocent. The law does not require the defendant to prove his innocence or produce any evidence at all.

## DEFENDANT'S TESTIMONY

I remind you that a defendant has the right not to testify. When a defendant does testify, however, his testimony should be weighed and his credibility evaluated in the same way as that of any other witness.

## BURDEN OF PROOF

The government has the burden of proving the defendant guilty beyond a reasonable doubt, and if it fails to do so, you must acquit the defendant.

Thus, while the government's burden of proof is a strict or heavy burden, it is not necessary that the defendant's guilt be proved beyond all possible doubt. It is only required that the government's proof exclude any "reasonable doubt" concerning the defendant's guilt.

A "reasonable doubt" is a doubt based upon reason and common sense after careful and impartial consideration of all the evidence in the case. Proof beyond a reasonable doubt, therefore, is proof of such a convincing character that you would be willing to rely and act upon it without hesitation in the most important of your own affairs.

## EVIDENCE – EXCLUDING WHAT IS NOT EVIDENCE

As I told you earlier, it is your duty to determine the facts. Specifically, you must determine whether the government has proved the allegation of the indictment beyond a reasonable doubt. In doing so, you must consider only the evidence presented during the trial, including the sworn testimony of the witnesses and the exhibits.

Remember that any statements, objections, or arguments made by the lawyers are not evidence. The function of the lawyers is to point out those things that are most significant or most helpful to their side of the case, and in so doing to call your attention to certain facts or inferences that might otherwise escape your notice. In the final analysis, however, it is your own recollection and interpretation of the evidence that controls in the case. What the lawyers say is not binding upon you.

During the trial I sustained objections to certain questions. You must disregard those questions entirely. Do not speculate as to what the witness would have said if permitted to

answer the question. Also, do not consider any testimony or other evidence which may have been stricken from the record in reaching your decision. Your verdict must be based solely on the legally admissible evidence and testimony.

Also, do not assume from anything I may have done or said during the trial that I have any opinion concerning any issue in this case. Except for the instructions to you on the law, you should disregard anything I may have said during the trial in arriving at your own findings as to the facts.

### EVIDENCE – INFERENCES – DIRECT AND CIRCUMSTANTIAL

While you should consider only the evidence, you are permitted to draw such reasonable inferences from the testimony and exhibits as you feel are justified in the light of common experience. In other words, you may make deductions and reach conclusions that reason and common sense lead you to draw from the facts which have been established by the evidence.

You should not be concerned about whether the evidence is direct or circumstantial. "Direct evidence" is the testimony of one who asserts actual knowledge of a fact, such as an eyewitness. "Circumstantial evidence" is proof of a chain of events and circumstances indicating that something is or is not a fact. The law makes no distinction between the weight you may give to either direct or circumstantial evidence. But the law requires that you, after weighing all of the evidence, whether direct or circumstantial, be convinced of the guilt of the defendant beyond a reasonable doubt before you can find him guilty.

### CREDIBILITY OF WITNESSES

I remind you that it is your job to decide whether the government has proved the guilt of the defendant beyond a reasonable doubt. In doing so, you must consider all of the evidence. This does not mean, however, that you must accept all of the evidence as true or accurate.

You are the sole judges of the credibility or "believability" of each witness and the weight to be given each witness's testimony. An important part of your job will be making judgments about the testimony of the witnesses, including the defendant, who testified in this case. You should decide whether you believe what each person had to say, and how important that testimony was.

In making that decision, I suggest that you ask yourself a few questions: Did the person impress you as honest? Did the witness have any particular reason not to tell the truth? Did the witness have a personal interest in the outcome of the case? Did the witness have any relationship with either the government or the defense? Did the witness seem to have a good memory? Did the witness clearly see or hear the things about which he or she testified? Did the witness have the opportunity and ability to understand the questions clearly and answer them directly? Did the witness's testimony differ from the testimony of other witnesses? These are a few considerations that will help you determine the accuracy of what each witness said.

Your job is to think about the testimony of each witness you have heard and decide how much you believe of what each witness had to say. In making up your mind and reaching a verdict, do not make any decisions simply because there were more witnesses on one side than on the other. Do not reach a conclusion on a particular point just because there were more witnesses testifying for one side on that point.

## CAUTION – CONSIDER ONLY CRIME CHARGED

You are here to decide whether the government has proved beyond a reasonable doubt that the defendant is guilty of the crime charged in the indictment. The defendant is not on trial for any act, conduct, or offense not alleged in the indictment. Nor should you be concerned with

the guilt of any other person or persons not on trial as a defendant in this case, except as you are otherwise instructed.

### CAUTION - PUNISHMENT JUDGE'S DUTY

If the defendant is found guilty of the charged offense, it will be my duty to decide what the punishment will be. You should not be concerned with punishment in any way. It should not enter your consideration or discussion.

### "ON OR ABOUT"

You will note that the indictment charges that the offense was committed on or about a specified date. The government does not have to prove that the crime was committed on that exact date, so long as the government proves beyond a reasonable doubt that the defendant committed the crime on a date reasonably near the date stated in the indictment.

## OFFENSE CHARGED

The indictment is a single-count indictment, which reads as follows:

### COUNT ONE

### [18 U.S.C. § 2422(b)]

That on or about March 27, 2014, in the Western District of Texas, the Defendant,

### ERIC WARNER CAWTHON,

did use a facility of interstate and foreign commerce, to wit: a cellular telephone and internet, to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which ERIC WARNER CAWTHON could be prosecuted under Texas Penal Code Section 43.25 – Sexual Performance by a Child, all in violation of Title 18, United States Code, Section 2422(b).

## EXPLANATION OF COUNT

### COUNT ONE:

### ATTEMPTED ENTICEMENT OF A MINOR

### 18 U.S.C. 2422(b)

Title 18, United States Code, Section 2422(b), makes it a crime for anyone to knowingly persuade, induce, or entice, or to attempt to persuade, induce, or entice a person under 18 years old to engage in any sexual activity for which any person could be charged with a criminal offense by use of any facility or means of interstate or foreign commerce. The Internet and cellular telephones are both facilities of interstate or foreign commerce.

For you to find the defendant guilty of this crime, you must be convinced that the government has proved each of the following beyond a reasonable doubt:

*First*: That on or about March 27, 2014, in the Western District of Texas, the defendant knowingly attempted to persuade, induce, or entice an individual to engage in any sexual activity, as charged;

*Second*: That the defendant used the Internet or a cell phone or any other means of interstate or foreign commerce to do so;

*Third*: That the defendant believed that such individual was less than 18 years of age; and

*Fourth*: That, had the sexual activity actually occurred, the defendant could be charged with the criminal offense of Sexual Performance by a Child under the laws of Texas.

It is not necessary for the government to prove the individual was in fact less than 18 years of age; but it is necessary for the government to prove the defendant believed such individual to be under that age.

It is not necessary for the government to prove that the individual was actually persuaded, induced, or enticed into engaging in Sexual Performance by a Child, as long as it proves the

defendant intended to persuade, induce, or entice the individual to engage in some form of unlawful sexual activity with the defendant and knowingly took some action that was a substantial step toward bringing it about. A substantial step is conduct that strongly corroborates the firmness of the defendant's criminal attempt. Mere preparation is not enough.

As a matter of law, the following is a crime under Texas law – Sexual Performance by a Child: Texas Penal Code § 43.25 makes it a crime for anyone, knowing the character and content thereof, to induce a juvenile under the age of eighteen (18) to engage in sexual conduct or a sexual performance.

As used in this instruction, "induce" means "to move by persuasion or influence." "Sexual performance" means "any performance or part thereof that includes sexual conduct by a child younger than 18 years of age." "Sexual conduct" means any sexual contact, actual or simulated sexual intercourse, deviate sexual intercourse, or lewd exhibition of the genitals, anus, or any portion of the female breast below the top of the areola. "Sexual contact" means any touching of the anus, breast, or any part of the genitals of another person with intent to arouse or gratify the sexual desire of any person. "Simulated" means the explicit depiction of sexual conduct that creates the appearance of actual sexual conduct and during which a person engaging in the conduct exhibits any uncovered portion of the breasts, genitals, or buttocks. "Performance" means any motion picture, photograph, or other visual representation that can be exhibited before an audience of one or more persons.

The Internet and cell phones are both facilities of interstate or foreign commerce.

## "KNOWINGLY" – TO ACT

The word "knowingly," as that term has been used from time to time in these instructions, means that the act was done voluntarily and intentionally, not because of mistake or

accident. The purpose of adding the term knowingly is to ensure that no one will be convicted for an act done because of a mistake or accident or other innocent reason.

## PROOF OF INTENT

It is reasonable to infer that a person ordinarily intends the natural and probable consequences of his knowing acts. The jury may draw the inference that the accused intended all of the consequences which one standing in like circumstances and possessing like knowledge should reasonably have expected to result from any intentional act or conscious omission. Any such inference drawn is entitled to be considered by the jury in determining whether or not the government has proved beyond a reasonable doubt that the defendant possessed the required criminal intent.

## DUTY TO DELIBERATE

To reach a verdict, whether it is guilty or not guilty, all of you must agree. Your verdict must be unanimous on Count One of the indictment. Your deliberations will be secret. You will never have to explain your verdict to anyone.

It is your duty to consult with one another and to deliberate in an effort to reach agreement if you can do so. Each of you must decide the case for yourself, but only after an impartial consideration of the evidence with your fellow jurors. During your deliberations, do not hesitate to reexamine your own opinions and change your mind if convinced that you were wrong. But do not give up your honest beliefs as to the weight or effect of the evidence solely because of the opinion of your fellow jurors, or for the mere purpose of returning a verdict.

Remember, at all times, you are the judges – judges of the facts. Your duty is to decide whether the government has proved the defendant guilty beyond a reasonable doubt.

When you go to the jury room, the first thing that you should do is select one of your number as your foreperson, who will help to guide your deliberations and will speak for you here in the courtroom.

## VERDICT FORM

A form of verdict has been prepared for your convenience. The foreperson will write the unanimous answer of the jury in the space provided for Count One of the indictment, either guilty or not guilty. At the conclusion of your deliberations, the foreperson should date and sign the verdict.

If you need to communicate with me during your deliberations, the foreperson should write the message and give it to the Courtroom Security Officer. I will either reply in writing or bring you back into court to answer your message.

Bear in mind that you are never to reveal to any person, not even to the court, how the jury stands, numerically or otherwise, on Count One of the indictment, until after you have reached a unanimous verdict.