# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 6, 2016

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:   Eric Warner Cawthon
           v. United States
           No. 15-9168
           (Your No. 14-51090)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 06, 2016

Ms. Jeannette Clack
Western District of Texas, Midland
United States District Court
200 E. Wall Street
Room 222
Midland, TX 79701-0000

    No. 14-51090    USA v. Eric Cawthon
                USDC No. 7:14-CR-93-1

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Lisa G. Landry, Deputy Clerk
        504-310-7649